UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CRIMINAL NO.   A-25-CR-255 (1) RP |
| **CARL DAVID INNMON** | § § § | |
| Defendant. | § | |

## AMENDED FACTUAL BASIS AT PLEA OF GUILT

1.   Had this matter proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove the following facts beyond a reasonable doubt:

2.   On or about May 19, 2023, the Texas Department of Public Safety Criminal Investigations Division began an undercover operation to identify persons using the internet to receive, traffic in, share and/ or distribute images and videos depicting child pornography and child sexual abuse material. Agents determined that beginning at least as early as December 29, 2024 and continuing until on or about March 11, 2025, in the Western District of Texas the Defendant knowingly received child pornography via the internet, a facility of interstate and foreign commerce

3.   Investigators determined that from December 29, 2024, to January 15, 2025, a device connected to the internet, using IP address 70.123.8.55, downloaded a total of one hundred and twenty-six (126) files that depicted an image of a child engaging in sexual conduct or sexual performance. Investigators further determined the IP address 70.123.8.55 was registered to the Defendant, CARL INNMON at 7616 Providence Ave Unit 2, Austin, Texas

78752, via his Charter Communications account. A search warrant for 7616 Providence Ave Unit 2, Austin, Texas 78752 was executed March 11, 2025. Defendant/Carl Innmon was located inside of 7616 Providence Ave Unit 2, Austin, Texas 78752 and spoke to officers after being advised he was not under arrest. Defendant stated stated to officers that he was in possession of child pornography located on a Lenovo Laptop computer. That same day, on March 11, 2025, a state search warrant authorized the forensic search and seizure of the Lenovo Laptop computer, an Apple iPhone and a Seagate portable hard drive.

    4.     A digital forensic analysis of the seized devices determined there was a total of eighty-one **(81)** files flagged as Category 1-Child Abuse and sixteen thousand and sixty-nine **(16,069)** files flagged as Category 2-Child Exploitation on the Lenovo laptop computer. On the external Seagate Hard drive, there was a total of twenty-eight thousand and two hundred and fifty-six **(28,256)** files that were flagged as Category 1- Child Abuse. There was a total of three hundred and twenty-one thousand and four hundred and seventy-two **(321,472)** files that were flagged as Category 2- Child Exploitation. A TXDPS Digital Forensic Analyst reviewed the foregoing files manually and confirmed all files were depicted child pornography as defined in Title 18, U.S.C. §2256(8). The digital forensic analyst also confirmed that the both the Seagate hard drive and the Lenovo laptop computer contained images that had been shipped and transported using a facility of interstate and foreign commence (the internet via computer) and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce. Thousands of the images possessed by Defendant involved prepubescent minors and minors who had not attained 12 years of age.

5. Defendant was an Austin Independent School District fifth grade teacher at the time of his arrest and had also previously served as a substitute teacher at approximately twenty other schools within the Austin Independent School District.

6. The government was prepared to prove the foregoing by physical evidence, forensic analysis, the Defendant(s) own admissions, and testimony of persons with knowledge of the foregoing events.

That, in summary, would be the evidence presented by the United States.

JUSTIN R. SIMMONS
United State Attorney

**/s/ Grant Sparks**

By: _____
GRANT SPARKS
Assistant United States Attorney
903 San Jacinto Blvd; Suite 334
Austin, Texas   78701
(512) 916-5858
Fax: (512) 916-5854
State Bar No. 00792849

CERTIFICATE OF SERVICE

I certify that a copy of the above Amended Factual Basis has been delivered via electronic noticing utilizing the CM/ECF system on this 6TH day of January, 2025, to the following:   Ms. Jessica Huynh, Attorney at Law.

**/s/ Grant Sparks**

_____
GRANT SPARKS
Assistant United States Attorney